UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLOW TODD EGGUM,<br><br>                    Petitioner,<br><br>    v.<br><br>JEFFREY UTTECHT,<br><br>                    Respondent. | Case No. C14-1328-RAJ-MAT<br><br>ORDER GRANTING FEDERAL PUBLIC DEFENDER'S MOTION FOR EXTENSION OF TIME TO REVIEW |

This is a 28 U.S.C. § 2254 federal habeas action. Petitioner filed a motion to appoint counsel (Dkt. 82), which the Court referred to the Office of the Federal Public Defender for review (Dkt. 83). The Office of the Federal Public Defender has moved for an extension of time until March 21, 2017, to review petitioner's motion to appoint counsel. (Dkt. 85.) Finding good cause, the Court GRANTS the motion for extension of time (Dkt. 85) and ORDERS that by **March 21, 2017**, the Office of the Federal Public Defender advise the Court whether it intends to seek appointment in this matter. The Clerk is directed to send copies of this Order to the parties, to the Office of the Federal Public Defender, and to the Honorable Richard A. Jones.

//

//

ORDER - 1

DATED this 15th day of March, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER - 2