UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLOW TODD EGGUM,

                Petitioner,

   v.

JEFFREY UTTECHT,

                Respondent.

Case No. C14-1328-RAJ-MAT

ORDER GRANTING FEDERAL PUBLIC DEFENDER'S SECOND MOTION FOR EXTENSION OF TIME TO REVIEW

Petitioner filed a motion to appoint counsel (Dkt. 82), which the Court referred to the Office of the Federal Public Defender ("FPD") for review (Dkt. 83). The Court granted the FPD an extension of time until March 21, 2017. (Dkt. 86.) The FPD has moved for another extension of time until April 11, 2017, to review petitioner's motion to appoint counsel. (Dkt. 87.) Finding good cause, the Court GRANTS the second motion for extension of time (Dkt. 87) and ORDERS that by **April 11, 2017**, the FPD advise the Court whether it intends to seek appointment in this matter. The Clerk is directed to send copies of this Order to the parties, to the Office of the Federal Public Defender, and to the Honorable Richard A. Jones.

DATED this 29th day of March, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER - 1