UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLOW TODD EGGUM,

        Petitioner,

v.

JEFFREY UTTECHT,

        Respondent.

Case No. C14-1328-RAJ-MAT

ORDER GRANTING FEDERAL PUBLIC DEFENDER'S THIRD MOTION FOR EXTENSION OF TIME TO REVIEW

Petitioner filed a motion to appoint counsel (Dkt. 82), which the Court referred to the Office of the Federal Public Defender ("FPD") for review (Dkt. 83). The Court granted the FPD an extension of time until March 21, 2017, and then a second extension of time until April 11, 2017. (Dkts. 86 & 88.) Because the FPD has not yet received all of the records from petitioner's state court proceedings, it moves for another extension of time. (Dkt. 89.)

Finding good cause, the Court GRANTS the third motion for extension of time (Dkt. 89) and ORDERS that by **May 12, 2017**, the FPD advise the Court whether it intends to seek appointment in this matter. The Clerk is directed to RE-NOTE petitioner's motion to appoint

\\

\\

ORDER - 1

counsel (Dkt. 82) for May 12, 2017, and to send copies of this Order to the parties, to the Office of the Federal Public Defender, and to the Honorable Richard A. Jones.

DATED this 18th day of April, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER - 2