JUDGE RICHARD A. JONES
MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLOW EGGUM,<br><br>    Petitioner,<br><br>v.<br><br>JEFFREY UTTECHT,<br><br>    Respondent. | No. CV14-1328-RAJ-MAT<br><br>ORDER LIFTING STAY<br><br>(PROPOSED) |

The Court has reviewed the joint motion by the Petitioner and Respondent, and the records and files therein,

It is NOW ORDERED that the stay is lifted.

DATED this <u>9th</u> day of January, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by,

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Marlow Eggum

ORDER LIFTING STAY
(*Marlow Eggum*, CV14-1328-RAJ-MAT) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100