UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLOW TODD EGGUM,

        Petitioner,

v.

JEFFREY A UTTECHT,

        Respondent.

Case No. C14-1328-RAJ-MAT

ORDER SETTING BRIEFING SCHEDULE

This is a 28 U.S.C. § 2254 habeas action. On January 9, 2019, the Court granted the parties' joint motion to lift the stay in this matter. Dkt. 111. On January 24, 2019, the Court granted petitioner's request to file a supplemental brief and reserved ruling on his request to expedite the briefing schedule and/or bifurcate briefing of the issues. Dkt. 113. On January 29, 2019, the parties filed a joint status report and proposed briefing schedule. Dkt. 115.

Petitioner proposes bifurcating the briefing in this matter so that the Court would resolve the First Amendment issue he recently raised in the Washington Courts, and then only if necessary obtain briefing on the remaining claims. *Id.* at 1. Respondent opposes this option, asserting that every claim petitioner wishes the Court to address should be briefed and resolved now. *Id.* The parties agree that regardless of the scope of the briefing, respondent should file his answer by

ORDER SETTING BRIEFING
SCHEDULE - 1

March 15, 2019, and petitioner should file his reply by March 29, 2019. *Id.* at 2.

The Court concludes that all claims petitioner wishes to raise should be addressed now, rather than litigated piecemeal. Accordingly, the Court ORDERS respondent to file his answer, addressing all of the claims raised in petitioner's amended habeas petition, by **March 15, 2019**. Respondent shall note the answer for **March 29, 2019**. Petitioner shall file a reply by the noting date. The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this <u>6th</u> day of February, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER SETTING BRIEFING
SCHEDULE - 2