|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| MARLOW TODD EGGUM,<br><br>      Petitioner,<br><br> v.<br><br>JERI BOE,<br><br>      Respondent. | Case No. C14-1328-RAJ-MAT<br><br>ORDER ON MOTION TO FILE SURREPLY AND MOTION TO STRIKE |

Respondent moves the Court to accept a surreply to petitioner's motion to expand the record (Dkt. 131), and petitioner moves to strike respondent's motion (Dkt. 132). Surreplies are improper under Local Civil Rule 7(g) unless they are limited to addressing a request to strike material contained in or attached to a reply brief. Local Rules W.D. Wash. LCR 7(g); *see Echlin v. Dynamic Collectors, Inc.*, 102 F. Supp. 3d 1179, 1181 n.1 (W.D. Wash. 2015) (granting motion to strike improperly filed surreply); *Annelise Farnes v. Metro. Group Property & Casualty Ins. Co.*, No. 18-1883, 2019 WL 4044102, at *1 (W.D. Wash. July 31, 2019) (denying request to file surreply that did not comply with LCR 7(g)). Respondent's surreply does not comport with LCR 7(g), and therefore her motion to accept a surreply (Dkt. 131) is DENIED, and petitioner's motion

ORDER ON MOTION TO FILE
SURREPLY AND MOTION TO STRIKE -
1

1 | to strike (Dkt. 132) is DENIED as moot.  The Clerk is directed to send copies of this order to

2 | the parties and to the Honorable Richard A. Jones.

3 | Dated this <u>29th</u> day of August, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER ON MOTION TO FILE
SURREPLY AND MOTION TO STRIKE -
2