UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLOW TODD EGGUM,

                Petitioner,

v.

JEFFREY A UTTECHT,

                Respondent.

Case No. C14-1328-RAJ-MAT

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This is a 28 U.S.C. § 2254 habeas action. The parties' supplemental briefs are currently due September 20, 2019. Respondent has moved for a two-week extension of time until October 4, 2019, due to the complexity of the issues involved. (Dkt. 140.) Petitioner joins respondent's motion and asks the Court to state that no further extensions will be granted. (Dkt. 141.)

Finding good cause, the Court GRANTS the motion for extension of time (Dkt. 140) and ORDERS the parties to file their supplemental briefs on or before **October 4, 2019**. While the Court declines to state that no further extensions will be granted, it is unlikely the Court will find good cause for an additional extension based on the complexity of the issues involved.

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1

1  The Clerk is directed to RE-NOTE respondent's answer (Dkt. 133) and petitioner's motion
2 to expand the record (Dkt. 126) for October 4, 2019, and to send copies of this order to the parties
3 and the Honorable Richard A. Jones.
4  Dated this 20th day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 2