UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLOW TODD EGGUM,

        Petitioner,

v.

DONALD HOLBROOK,[1]

        Respondent.

Case No. C14-1328-RAJ-MAT

ORDER DIRECTING RESPONDENT TO FILE BRIEF ADDRESSING PETITIONER'S SUPPLEMENTAL AUTHORITY

On December 31, 2019, petitioner filed a notice of supplemental authority directing the Court's attention to a recent published decision by the Washington Court of Appeals, *State v. Dawley*, which addresses the constitutionality of the statute at issue in this case. (Dkt. 145.) On or before **January 31, 2020**, respondent shall file a supplemental brief addressing *Dawley*'s impact on the instant case and responding to the arguments petitioner raises in his notice. Petitioner shall not file a reply unless directed by the Court.

---

[1] Petitioner has been transferred to the Washington State Penitentiary ("WSP") in Walla Walla, Washington. (*See* Dkt. 144 at 1 n.1.) Accordingly, the Court directs the Clerk to SUBSTITUTE Donald Holbrook, the WSP Superintendent, as the respondent in this action.

ORDER DIRECTING RESPONDENT TO
FILE BRIEF ADDRESSING
PETITIONER'S SUPPLEMENTAL
AUTHORITY - 1

| | |
|---|---|
| 1 | The Clerk is directed to RE-NOTE respondent's answer (Dkt. 133) and petitioner's motion |
| 2 | to expand the record (Dkt. 126) for January 31, 2020, and to send copies of this order to the parties |
| 3 | and the Honorable Richard A. Jones. |
| 4 | Dated this <u>16th</u> day of January, 2020. |
| 5 | |
| 6 | Mary Alice Theiler |
| 7 | United States Magistrate Judge |