The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLOW TODD EGGUM,<br><br>        Petitioner,<br>   v.<br><br>DONALD HOLBROOK,<br><br>        Respondent. | Case No. 2:14-cv-01328-RAJ<br><br>**ORDER** |

     This matter comes before the Court on Respondent Donald Holbrook's Motion to Stay the Writ of Habeas Corpus Pending Appeal. Dkt. # 176. On June 18, 2020, this Court entered an Order granting Petitioner Marlow Todd Eggum's Second Amended Habeas Petition. Dkt. # 175. In that Order, the Court vacated two of Mr. Eggum's convictions and ordered his release unless he were resentenced on the remaining convictions within 15 days of the Order, resulting in a release date of July 3, 2020. *Id.* On June 30, 2020, Respondent filed a motion to stay the writ pending appeal, which he noted for consideration on the motion calendar on July 10, 2020. Dkt. # 176. On the same day, Respondent filed a Notice of Appeal for the Ninth Circuit. Dkt. # 177. Last Friday, July 3, 2020, Mr. Eggum was, in fact, released pursuant to this Court's Order.

ORDER - 1

According to the Local Rules of practice for civil proceedings before the United States District Court for the Western District of Washington, a motion will not be ripe for consideration by the Court until its noting date. LCR 7(d). Respondent's motion to stay Mr. Eggum's release from incarceration, noted for July 10, 2020, was not ripe for consideration until after Mr. Eggum had been released from custody on July 3, 2020. The filing of a motion to stay pending appeal does not absolve parties of their obligation to comply with the Court's Order. As filed, Respondent's request for relief could not be considered before July 10, 2020. Given that Mr. Eggum has already been released, the motion to stay habeas relief is now denied as moot.

For the reasons stated above, the Court **DENIES** Respondent Donald Holbrook's Motion to Stay the Writ Pending Appeal. Dkt. # 176.

DATED this 10th day of July, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2