JUDGE RICHARD A. JONES

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MARLOW TODD EGGUM,<br><br>    Petitioner,<br><br> v.<br><br>DONALD HOLBROOK,<br><br>    Respondent. | No. 2:14-cv-01328-RAJ<br><br>ORDER GRANTING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY |

THIS MATTER comes before the Court upon Petitioner Marlow Todd Eggum's Motion for a Certificate of Appealability on Second Amended Petition Ground 7. Having considered the motion, which is unopposed, and the files and records herein,

It is ORDERED that Petitioner's Motion for a Certificate of Appealability on SAP Ground 7 (Dkt. # 203) is GRANTED.

DATED this 26th day of June 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PETITIONER'S MOTION
FOR A CERTIFICATE OF APPEALABILITY
(*Eggum v. Holbrook*, 2:14-cv-01328-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100