JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLOW TODD EGGUM,<br><br>           Petitioner,<br><br>    v.<br><br>DONALD HOLBROOK,<br><br>           Respondent. | No. 2:14-cv-01328-RAJ<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>TO FILE NOTICE OF APPEAL |

THIS COURT has considered Petitioner Marlow Todd Eggum's motion for an extension of time to file a notice of appeal along with the records in this case.

IT IS ORDERED that the motion (Dkt. # 204) is GRANTED. Any notice of appeal must be filed by July 24, 2023.

DATED this 26th day of June, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
TO FILE NOTICE OF APPEAL
(*Marlow Eggum*, 2:14-cv-01328-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100